IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN PROUT, | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 14-3816 |
| NANCY GIROUX, SUPERINTENDENT, | : | |
| SCI FAYETTE et al., | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 29th day of April, 2016, upon consideration of the Report and Recommendation of the Honorable Lynne A. Sitarski, United States Magistrate Judge, (Dkt No. 19), Petitioner's objections thereto, (Dkt No. 20), and independent review of the entire record, it is hereby ORDERED that:

1. The Petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED with prejudice for the reasons stated in the accompanying Memorandum Opinion;

2. There is no basis for the issuance of a certificate of appealability;

3. The Clerk of Court is DIRECTED to close this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II    J.